FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court District of | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor - If individual, enter Last, First, Middle) **Butler, Jeffrey** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) **Herred, Mirria** |
| ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden and trade name) | ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden and trade name) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) -1382 | SOC. SEC./TAX I.D. NO. (If more than one, state all) 1654 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 2132 S. Trumbull, Chicago, IL 60623 | STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) SAME |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Cook | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | _X_ Debtor has been domiciled or has had a residence, principal place of business immediately or principal place of business or principal assets in this District for for 180 days preceding the date of this petition or for a longer part of such 180 days than in any other District. ___ There is a bankruptcy case concerning debtors affiliate, general partner or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable)**

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRYUPTCY CODE UNDER WHICH THE |
|---|---|
| __ Individual       __ Corporation Publicly Held<br>_X_ Joint (H&W)   __ Corporation Not Publicly Held<br>__ Partnership     __ Municipality<br>__ Other | PETITION IS FILED (check one)<br>__Chapter 7    __Chapter 11    _X_Chapter 13<br>__Chapter 9    __Chapter 12    __304-Case Ancillary to Foreign Proceeding |
| NATURE OF DEBT<br>__ Non-Business Consumer    __ Business - Complete A&B below | FILING FEE (check one)<br>_X_ Filing fee attached.<br>__ Filing fee to be paid in installments. (Applicable to individuals only) must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in instalments. Rule 1006(b) see Official Form No. 3 |
| A. TYPE OF BUSINESS (check one)<br>__Farming        __Transporation    __Commodity Broker<br>__Professional   __Manufacturing/  __Construction<br>__Retail/Wholesale  Mining           __Real Estate<br>__Railroad       __Stockbroker      __Other Business | NAME and ADDRESS of LAW FIRM OR ATTORNEY<br>Staver & Gainsberg, P.C.<br>120 W. Madison St., Ste. 520<br>Chicago, IL 60602 |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | Telephone No.    312-422-1130 |
| | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR |
| | __ Debtor is not represented by an attorney |

STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 604)
(Estimates only) (Check applicable)
_X_ Debtor estimates that funds will be available for distribution to unsecured creditors
__ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
_X_ 1-15  __16-49  __50-99  __100-199  __200-999  __1000-over

ESTIMATED ASSETS (in thousands of dollars)
__Under 50  __50-99  _X_100-499  __500-999  __1000-9999  __10,000-99,000  __100,000 over

ESTIMATED LIABILITIES (in thousands of dollars)
__Under 50  __50-99  _X_100-499  __500-999  __1000-9999  __10,000-99,000  __100,000 over

ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY
__0  __1-19  __20-99  __100-999  __1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
__0  __1-19  __20-99  __100-499  __500-over

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/05/2004
Time: 15:43:30
Debtor: JEFFREY BUTLER
Case: 04-04432    Fee : 194
Chapter: 13    Rec. # : 3060520
Judge: Jacqueline Cox
341 mtg: 03/15/2004 @ 03:00PM
ConfHrg: 03/29/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK04432-BK001

| Name of Debtor | Butler, Jeffrey & Herred, Mirria | Case No. |
|---|---|---|
| | | (court use only) |

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate.

__ A copy of debtor's proposed plan dated _____ __ Debtor intends to file a plan within the time allowed by statute,
is attached.                                                                              rule or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

### SIGNATURES

**ATTORNEY**

X _[signature]_ #623711 Date 12-22-03
Signature

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized |
| X _Jeffrey Butler_<br>Signature of Debtor<br>Date 12-22-03 | X<br>Signature of Authorized Individual |
| X _Mirria Herred_<br>Signature of Joint Debtor<br>Date 12-22-03 | Print of Type Name of Authorized Individual<br><br>Title of Individual Authorized by Debtor to File this Petition<br>Date |

Exhibit "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)
__ Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (SEE p.l. 98-353 & 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title

If I am represented by an attorney, exhibit "B" has been completed.

X _Jeffrey Butler_ Date 12-22-03
Signature of Debtor

X _Mirria Herred_ Date 12-22-03
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _[signature]_ Date 12-22-03
Signature of Attorney

**UNITED STATES BANKRUPTCY COURT**                     **DISTRICT OF**

In re:  **Butler, Jeffrey & Herred, Mirria**    Debtor(s)    Case No.    (If Known)

See summary below for the lists of schedules. Include Unsworn Declaration under Penalty of Perjury at the end

GENERAL INSTRUCTIONS: Schedule D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately

Review the specific instructions for each schedule before completing the schedule.

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each, Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided, Add the amounts of Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 120,000.00 | | |
| B - Personal Property | Y | 1 | 3,660.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 104,750.47 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | 18,723.53 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | 2,492.39 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 2,291.50 |
| Total Number of Sheets of All Schedules | | 10 | | | |
| | | Total Assets | 123,660.00 | | |
| | | | Total Liabilities | 123,474.00 | |

| In re: | Butler, Jeffrey & Herred, Mirria | Debtor(s) | Case No. | (if known) |
|---|---|---|---|---|

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| residential property at: | residence 1st & 2nd mtgs. | J | 120,000.00 | 104,750.47 |
| | TOTAL -> | | 120,000.00 | (Report also on Summary of Schedules) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand | N | | | |
| 2. Checking/savings or other financial accounts certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Charter One | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | N | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment | | Household Goods | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | Clothing | | 1,000.00 |
| 7. Furs and jewelry. | | Furs/Jewelry | | 500.00 |
| 8. Firearms and sports, photograpic, and other hobby equipment. | N | | | |
| 9. Interests in insurance policies, Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

## SCHEDULE B - PERSONAL PROPERTY

| In re: | Butler, Jeffrey & Herred, Mirria | Debtor(s) | No. | (if known) |
|---|---|---|---|---|

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. itemize and name each issuer. | N | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | Pension, 401k | | 160.00 |
| 12. Stock and interests in incorporated and unicorporated businesses. itemize. | N | | | |
| 13. Interest in partnerships or joint ventures. itemize. | N | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | N | | | |
| 18. Equitable or future interests, life estates, and rights to powers exercisable for the benefit of the debtor other than those listed on Schedule of Real Property | N | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | N | | | |
| 20. Other contingent and unliquidated claims of every nature, includeing tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights, and other intellectual property. Give perticulars. | N | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | N | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | N | | | |
| 24. Boats, motors, and accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings, and supplies | N | | | |
| 27. Machinery, fixtures, equipment and supplies used in business | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals | N | | | |
| 30. Crops - growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements | N | | | |
| 32. Farm supplies, chemicals, and feed. | N | | | |
| 33. Other personal property of any kind not already listed. Itemize. | N | | | |
| (included amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total-> | | | | 3,660.00 |

In re:   Butler, Jeffrey & Herred Mirria          Debtor(s)        Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one)

__ 11 U.S.C & 522(b)(1): Exemptions provided in 11 U.S.C. & 522(d). NOTE: There exemption are available only in certain states.

__ 11 U.S.C & 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| residential property | 735 ILCS 5/12-901 | 15,000.00 | 120,000.00 |
| "          " | 735 ILCS 5/12-1001(b) | 2,000.00 | |
| Household Goods | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| Clothing | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| Furs/Jewelry | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Pension, 401k | 735 ILCS 5/12-1006 | 160.00 | 160.00 |

In re: Butler, Jeffrey & Herred, Mirria          Debtor(s)          Case No.                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LEIN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LEIN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 94202120736 MB Financial Bank 1200 N. Ashland Chicago, IL 60622 | | | residence - 1st mtg. VALUE $ 120,000.00 | | 87,495.39 | |
| ACCOUNT NO. 94301120736 MB Financial Bank 1200 N. Ashland Chicago, IL 60622 | | | residence - 1st mtg. Arrearage VALUE $ 120,000.00 | | 6,500.00 | |
| ACCOUNT NO. 94301120736 MB Financial Bank 1200 N. Ashland Chicago, IL 60622 | | | residence - 2nd mtg. VALUE $ 120,000.00 | | 10,755.08 | |
| ACCOUNT NO. 38652 Gomberg, Shartman 208 S. LaSalle St #1200 Chicago, Il 60601-108 | | | Mortgage - 1st residence VALUE $ 120,000.00 | | Notice only | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |

___ continuation sheets attached

SUBTOTAL -> (Total of this page)    104,750.47

TOTAL ->    104,750.47

In re:   Butler, Jeffrey & Herred, Mirria          Debtor(s)   Case No.                              (if known)

## SCHEDULE E - CREDITORS HOLDINGS UNSECURED PRIORITY CLAIMS

_X_ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets).

___ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C 507(a)(2).

___ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(3)

___ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extend provided in 11 U.S.C. 570(a)(4).

___ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

___ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

___ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(7).

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |

___ Continuation sheets attached          Subtotal --->   0.00

                                          Total --->      0.00

In re: Butler, Jeffrey & Herred, Mirria                    Debtor(s)          Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 4621201023341923 <br> The Associates <br> P.O. Box 6534 <br> The Lakes, NV 88901-6534 | | | Rev. Charge | | 2,256.20 |
| ACCOUNT NO. 4791060101342342 & 4791060023136822 <br> Aspire <br> P.O. Box 23007 <br> Columbus, GA 31902-3007 | | | Rev. Charge | | 5,792.12 |
| ACCOUNT NO. 4465692500584416 <br> Providian <br> P.O. Box 9539 <br> Manchester, NH 03108-9539 | | | Rev. Charge | | 3,662.15 |
| ACCOUNT NO. 5121071710518022 <br> Sears <br> P.O. Box 182156 <br> Columbus, OH 43218-2156 | | | Rev. Charge | | 1,150.44 |
| ACCOUNT NO. 4221949029 <br> Spiegel <br> FCNB Processing Center <br> 9310 SW Gemini Dr. <br> Beaverton, OR 97078-0001 | | | Rev. Charge | | 1,206.05 |
| ACCOUNT NO. 8050101939988182 <br> Fingerhut <br> P.O. Box 90091 <br> West Chester, OH 45071-9091 | | | Rev. Charge | | 758.66 |
| ACCOUNT NO. 6011644106131617 <br> The Children's Place <br> P.O. Box 9025 <br> Des Moines, IA 50368-9025 | | | Rev. Charge | | 457.59 |
| ACCOUNT NO. 135772969 <br> JCPENNY <br> PO BOX 981131 <br> El Paso, TX 79998 | | | | | 551.56 |
| ACCOUNT NO. 6035 3200 3439 1407 <br> Home Depot Credit Services <br> Processing Center <br> Des Moines, IA 50364-0001 | | | | | 1,662.81 |

Subtotal -> 17,497.58

Total ->

___ Continuation Sheets Attached

In re: Jeffrey Butler & Misria Haney          Debtor(s)    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

_ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 0007 7 3802695 9404<br>Radioshack<br>PO BOX 9025<br>Des Moines IA 50368 | | | | | 475.95 |
| ACCOUNT NO. 3054395589<br>JB Robinson<br>PO Box 1799<br>Akron, OH 44309 | | | | | 450.00 |
| ACCOUNT NO. 20 0066644045<br>Ashley Stewart<br>PO Box 659705<br>San Antonio, TX 78265 | | | | | 400.00 |
| ACCOUNT NO. | | | | | |
| ACCOUNT NO. | | | | | |
| ACCOUNT NO. | | | | | |
| ACCOUNT NO. | | | | | |
| ACCOUNT NO. | | | | | |
| ACCOUNT NO. | | | | | |
| | | | | Subtotal → | 1225.95 |
| ___ Continuation Sheets Attached | | | | Total → | 19,723.53 |

In re: Butler, Jeffrey & Herred, Mirria　　　　　　Debtor(s)　　　Case No.　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

_X_ Check here if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re: Butler, Jeffrey & Herred, Mirria              Debtor(s)        Case No.              (if known)

## SCHEDULE H - CODEBTORS

_X_ Check here if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re: Butler, Jeffrey & Herred, Mirria          Debtors     Case No.         (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition if filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE |  |  |
|---|---|---|---|
|  | NAMES | AGE | RELATIONSHIP |
| Married |  |  |  |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Maintenance | Nurses Aide |
| Name of Employer | H. Kramer | Lawndale Christian Health Center |
| How Long Employed | 10 years | 2 months |
| Address of Employer | 1347 W. 21st | 2132 S. Trumball Ave., Chicago, IL |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commissions........ | 1,989.00 | 815.00 |
| (pro rate if not paid monthly) |  |  |
| Estimate monthly overtime |  |  |
| SUBTOTAL |  |  |
| LESS PAYROLL DEDUCTIONS | 1,989.00 | 815.00 |
| a. Payroll taxes and social security | 121.64 | 86.54 |
| b. Insurance | 65.43 |  |
| c. Union dues | 30.00 |  |
| d. Other (Specify) 401K |  | 8.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 217.07 | 94.54 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1,771.93 | 720.46 |

Regular income from operation of business or profession or farm
  (attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for
  the debtor's use or that of dependents listed above
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

TOTAL MONTHLY INCOME                              1,771.93        720.46

TOTAL COMBINED MONTHLY INCOME        2,492.39    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: Butler, Jeffrey & Herred, Mirria     Debtor(s)     Case No. _____ (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

____ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | (1st mtg. $832.55 - 2nd mtg. $115.92) | 948.50 |
| Are real estate taxes included? _X_ Yes ___ No   Is property insurance included? _X_ Yes ___ No | | |
| Utilities   Electricity and heating fuel | | 264.00 |
|         Water and sewer | | 34.00 |
|         Telephone | | 65.00 |
|         Other     Portable Phone | | 40.00 |
| Home maintenance (repairs and upkeep) | | |
| Food | | 325.00 |
| Clothing | | 80.00 |
| Laundry and dry cleaning | | 45.00 |
| Medical and dental expenses | | 120.00 |
| Transportation (not including car payments) | | 120.00 |
| Recreation, clubs and entertainment, newspapers, magazine, etc | | 5.00 |
| Charitable contributions | | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | | 80.00 |
|         Life | | 165.00 |
|         Health | | |
|         Auto | | |
|         Other | | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | |
| Installment payments:(In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
|         Auto | | |
|         Other | | |
| Alimony, maintenance, and support paid to others | | |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, or farm | | |
| (attach detailed statement) | | |
| Other | | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | | **2,291.50** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | 2,492.39 |
| B. Total projected monthly expenses | 2,291.50 |
| C. Excess income (A minus B) | 200.89 |
| D. Total amount to be paid into plan each | 200.00 |
|          (interval) | |

In re:   **Butler, Jeffrey & Herred, Mirria**              Debtor(s)   Case No.              (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____12____ sheets,
(Total shown on summary page plus 1.)
and that they are true and correct to the best of my knowledge, information and belief.

Date                              Signature: _____Jeffrey Butler_____
                                                    Debtor

Date                              Signature: __X_Mirria Herred_____
                                                    (Joint Debtor, if any)


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
(Total shown on summary page plus 1)
and that they are true and correct to the best of my knowledge, information and belief.

Date                              Signature: _____
                                                    (Print or type name of individual signing on behalf of debtor.)


(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571.

UNITED STATE BANKRUPTCY COURT                    DISTRICT OF

In re:    Butler, Jeffrey & Herred, Mirria            Debtor(s)    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spounses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None", or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number if known, and the number of the question.

### DEFINITIONS

"In business" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankrupcty case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partnership a sole propnetor or self-employed.

"Insider" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporation of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101(30).

____ None. 1. Income from Employment or Operation of Business
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendare year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, Unless the spouses are separated and a joint petition is not filed) Give AMOUNT and SOURCE (if more than one).

Debtor   28,000.00   2004 YTD:
2003 YTD - $60,000
2002 - $35,000              2,000.00
2001 - $30,000

Joint Debtor
2003 YTD - 0     2004 YTD: 900.00
2002 - 0
2001 - 0

_X_ None. 2. Income Other Than From Employment or Operation of Business.
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

3. Payments to Creditors
_X_ None a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS of CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

_X_ None b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS of CREDITOR and RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

4. Suits, Executions, Garnishments and Attachments
_X_ None a. List all suits to which the debtor is or was a party within one year immediately preceing the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION.

_X_ None. b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately

preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petittion is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

_X_ None  5. Repossessions, Foreclosures and Returns
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION and VALUE OF PROPERTY.

6. Assignments and Receiverships
_X_ None. a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

_X_ None. b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CUSTODIAN, NAME and LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

_X_ None  7. Gifts
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT and DESCRIPTION and VALUE OF GIFT.

_X_ None  8. Losses
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chaper 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Give DESCRIPTION and VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES and, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE. Give PARTICULARS and DATE OF LOSS.

____None  9. Payments Related to Debt Counseling or Bankruptcy
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. Give NAME and ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

Staver & Gainsberg, P.C.
120 W. Madison St., Ste. 520
Chicago, IL 60602

_X_ None  10. Other Transfers
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within one year immediately preceding
the commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include transfers by either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.) Give NAME and ADDRESS OF TRANSFEREE,
RELATIONSHIP TO DEBTOR, DATE and DESCRIBE PROPERTY TRANS-
FERRED AND VALUE RECEIVED.

_X___None 11. Closed Financial Accounts
List all financial accounts and instruments held in the name of the
debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within one year immediately preceding the
commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension
funds, cooperatives, associations, brokerage houses and other
financial institutions. (Married debtors filed under chapter 12 or
chapter 13 must include information concerning accounts or instru-
ments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint peti-
tion is not filed.) Give NAME and ADDRESS OF INSTITUTION, TYPE
AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and
AMOUNT AND DATE OF SALE OR CLOSING.

_X___None 12. Safe Deposit Boxes
List each safe deposit or other box or despository in which the debtor
has or had securities, cash, or other valuables within one year immed-
iately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include boxes or deposi-
tories of either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES
AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY
DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURREN-
DER, IF ANY.

_X___None 13. Setoffs
List all setoffs made by any creditor, including a bank, against a debt
or deposit of the debtor within 90 days preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.) Give NAME and ADDRESS OF CREDITOR
DATE OF SETOFF and AMOUNT OF SETOFF.

_X___None 14. Property Held for Another Person
List all property owned by another person that the debtor holds or
controls. Give NAME and ADDRESS OF OWNER, DESCRIPTION AND
VALUE OF PROPERTY and LOCATION OF PROPERTY.

_X___None 15. Prior Address of Debtor
If the debtor has moved within the two years immediately preceding
the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commence-
ment of this case. If a joint petition is filed, report also any separate
address of either spouse. Give ADDRESS, NAME USED and DATES
OF OCCUPANCY.

### Unsworn Declaration under Penalty of Perjury.

I declare under penalty that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 12-22-03    Signature of Debtor X Jeffrey Butler

Date 12-22-03    Signature of Joint Debtor X Minnie Howard
                 (If any)

**Penalty for making a false statement: Fine of up to $500,000 or Imprisonment for up to 5 years or both 18 U.S.C. 152 and 3571.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:
Jeffrey Butler
&
Mirria Herred

Bankruptcy Case Number: _____

VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __11__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (o knowledge.

Dated: 12-22-03

X _Jeffrey Butler_____
Debtor

X _Mirria Herred_____
Joint Debtor

UNITED STATE BANKRUPTCY COURT        DISTRICT OF

In re:    **Butler, Jeffrey & Herred Mirria**      Debtor(s)    Case No.               (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a) for legal services rendered or to be rendered in contemplation of and in connection with this case      2,550.00
    (b) prior to filing this statement, debtor(s) have paid      1,200.00
    (c) the unpaid balance due and payable is      1,350.00

(3) $ 194.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earning, wages and compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Date: 2/5/04      Respectfully submitted _____ Attorney for Petitioner

Attorney's name and address      Staver & Gainsberg, P.C., 120 W. Madison St., Ste. 520, Chicago, IL 60602